UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSHUA P. BRAITHWAITE,

                Plaintiff,

v.                                          Case No. 21-cv-465-pp

SGT. MUTIVA, *et al.*,

                Defendants.

---

## ORDER COLLECTING FILING FEE

---

On April 13, 2021, plaintiff Joshua Braithwaite, who is confined at the Wisconsin Secure Program Facility, filed a civil rights case. Dkt. No. 1. The court assessed an initial partial filing fee of $7.31, dkt. no. 5, and the court received that fee on May 4, 2021. On June 8, 2021, the plaintiff filed a notice of voluntary dismissal. Dkt. No. 16. See Fed. R. Civ. P. 41(a)(1)(A)(i). The law requires any prisoner who files a civil lawsuit to pay the statutory filing fee. 28 U.S.C. §1915(b)(1). The court will collect the remainder of the $350 statutory filing fee.

The court **ORDERS** that the agency that has custody of the plaintiff must collect from his institution trust account the **$342.69** balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the plaintiff's trust account and forwarding payments to the clerk of court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The agency must clearly identify the payments by the case name and number.

1

If the plaintiff transfers to another county, state or federal institution, the transferring institution must forward a copy of this order, along with the plaintiff's remaining balance, to the receiving institution.

The court will send a copy of this order to Warden at the Wisconsin Secure Program Facility.

Dated in Milwaukee, Wisconsin this 15th day of July, 2021.

                                **BY THE COURT:**

                                **HON. PAMELA PEPPER**
                                **Chief United States District Judge**